# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| General Dynamics Information Technology, Inc. ) | ASBCA Nos. 59807, 59808 |
| ) | |
| Under Contract No. F09603-03-D-0095 *et al.* ) | |

APPEARANCE FOR THE APPELLANT:     Kevin C. Dwyer, Esq.
　　　　　　　　　　　　　　　　　Jenner & Block LLP
　　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
　　　　　　　　　　　　　　　　　　DCMA Chief Trial Attorney
　　　　　　　　　　　　　　　　　Samuel W. Morris, Esq.
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Defense Contract Management Agency
　　　　　　　　　　　　　　　　　　Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 24 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59807, 59808, Appeals of General Dynamics Information Technology, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals